IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCKINNEY,

    Plaintiff,

v.

                                      No. 25-cv-0040-MIS-KRS

CURRY COUNTY SHERIFF'S OFFICE, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) (Motion). The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order. All filings should include the case number (No. 25-cv-0040-MIS-KRS) and be labeled as legal mail. The failure to timely comply with this Order may result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions for a six-month period.

IT IS SO ORDERED this 21st day of July, 2025.

                                                     _____
                                                   KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE